```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016980
Cashier ID: bucklem
Transaction Date: 03/13/2008
Payer Name: rukin hyland doria
------------------------------------
CIVIL FILING FEE
 For: michael antonelli
 Case/Party: D-CAN-3-08-CV-001445-001
 Amount:       $350.00
------------------------------------
CHECK
 Check/Money Order Num: 3041
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

mej


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```