1  IRELL & MANELLA LLP
   Richard B. Kendall (90072)
2  Richard M. Simon (240530)
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
4  Facsimile:   (310) 203-7199

5  Attorneys for Defendants
   Harmonix Music Systems, Inc.,
6  Viacom Inc. and Electronic Arts Inc.

7  RUKIN HYLAND DORIA & TINDALL LLP
   Steven M. Tindall (187862)
8  Zachary R. Cincotta (226947)
   100 Pine Street, Suite 725
9  Telephone:  (415) 421-1800
   Facsimile:   (415) 421-1700
10
   Attorneys for Plaintiff
11 Michael Antonelli

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 MICHAEL ANTONELLI, individually and on )   Case No. CV 08 1445 MEJ
   behalf of all others similarly situated,    )
16                                              )   [Case assigned to Hon. Maria-Elena James]
                    Plaintiffs,                 )
17                                              )   STIPULATION AND [PROPOSED]
           vs.                                  )   ORDER TO EXTEND TIME TO RESPOND
18                                              )   TO COMPLAINT
   HARMONIX MUSIC SYSTEMS, INC.,                )
19 VIACOM INC., and                             )   Complaint Filed:  March 13, 2008
   ELECTRONIC ARTS INC.,                        )
20                                              )
                    Defendants.                 )
21                                              )
                                                )
22                                              )
                                                )
23                                              )

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852089.1           STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1  WHEREAS Plaintiff Michael Antonelli ("Plaintiff") filed a Complaint against Harmonix Music Systems, Inc., Viacom Inc. and Electronic Arts Inc. (collectively, "Defendants") on March 13, 2008.

4  WHEREAS defendant Viacom Inc., the first of the Defendants to be served, was served with the Complaint on March 31, 2008. Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, Viacom Inc.'s response is due on April 21, 2008. Electronics Arts Inc. was served with the Complaint on April 1, 2008 and its response is due on April 21, 2008. Harmonix Music Systems, Inc. was served on April 3, and its response is due on April 23, 2008.

9  WHEREAS counsel for the above-referenced parties agree that the time for Defendants to file a motion, answer, or otherwise respond to the Complaint shall be extended through close of business on May 1, 2008.

12  WHEREAS the extension will allow for a uniform response date to the Complaint, which the parties believe will serve the interests of judicial efficiency and conservation of resources.

14  IT IS HEREBY STIPULATED between the parties to this action, by and through their undersigned attorney, that:

16  1.  The time for Defendants to file their response to the Complaint is extended through close of business on May 1, 2008. Following execution of this Stipulation, counsel for Defendants shall promptly file it with the Court.

19  2.  Nothing herein amounts to or shall be construed as a waiver by any Defendant of any right to move to dismiss the Complaint filed in this action on any applicable grounds, including without limitation, for lack of personal jurisdiction.

Dated: April 14, 2008                IRELL & MANELLA LLP
                                     Richard B. Kendall
                                     Richard M. Simon


                                     By:     /s/ Richard B. Kendall
                                          Richard B. Kendall*
                                          Attorneys for Defendants
                                          Harmonix Music Systems, Inc., Viacom Inc.
                                          & Electronic Arts Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852089.1

- 2 -

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: April 14, 2008                         RUKIN HYLAND DORIA & TINDALL LLP
                                              Steven M. Tindall
                                              Zachary R. Cincotta


                                              By:    /s/ Steven M. Tindall
                                                     Steven M. Tindall
                                                     Attorneys for Plaintiff
                                                     Michael Antonelli

\* I, Richard B. Kendall, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order]. In compliance with General Order 45.X.B, I hereby attest that Steven M. Tindall has concurred with this filing.

### [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for each defendant to move, answer, or otherwise respond to the Complaint in this Action, Case No. CV 08-1445 MEJ, is extended through May 1, 2008.

Dated: _____            _____
                                         Hon. Maria-Elena James
                                         Magistrate Judge, United States District Court

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852089.1

- 3 -

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT