IRELL & MANELLA LLP
Richard B. Kendall (90072)
Richard M. Simon (240530)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants
Harmonix Music Systems Inc.,
Viacom Inc. and Electronics Arts Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTONELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., VIACOM INC., and ELECTRONIC ARTS INC.,<br><br>Defendants. | Case No. CV 08 1445 MEJ<br><br>[Case assigned to Hon. Maria-Elena James]<br><br>DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT<br>(Civ. L.R. 3-16 & Fed R. Civ. P. 7.1)<br><br>Complaint Filed:   March 13, 2008 |

Pursuant to Civil LR 3-1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter in a party that could be substantially affected by the outcome of this proceeding:

1)   Viacom International Inc., parent company of Defendant Harmonix Music Systems, Inc., financial interest.

Furthermore, pursuant to Federal Rule of Civil Procedure 7.1, the defendants make the following disclosures:

1) Defendant Electronic Arts Inc. states that it has no parent corporation and there is no publicly-held corporation that owns 10% more of its stock.

2) Defendant Harmonix Music Systems, Inc., identifies Viacom International Inc. as its parent company. Viacom International Inc.'s parent corporation is defendant Viacom Inc.

3) Defendant Viacom Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

One or more of the defendants named in the Complaint contends that it is not a proper party to this action. In filing this Certification of Interested Entities and Disclosure Statement, none of the named defendants waives any objections to its inclusion in the lawsuit on any applicable grounds, including, without limitation, for lack of personal jurisdiction.

Dated: April 14, 2008

IRELL & MANELLA LLP
Richard B. Kendall
Richard M. Simon

By: /s/ Richard B. Kendall
Richard B. Kendall
Attorneys for Defendants
Harmonix Music Systems, Inc., Viacom Inc.
& Electronic Arts Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852181.1

- 2 -

CERTIFICATION OF INTERESTED ENTITIES & CORPORATE DISCLOSURE STATEMENT