IRELL & MANELLA LLP
Richard B. Kendall (90072)
Richard M. Simon (240530)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants
Harmonix Music Systems, Inc.,
Viacom Inc. and Electronic Arts Inc.

RUKIN HYLAND DORIA & TINDALL LLP
Steven M. Tindall (187862)
Zachary R. Cincotta (226947)
100 Pine Street, Suite 725
Telephone:   (415) 421-1800
Facsimile:   (415) 421-1700

Attorneys for Plaintiff
Michael Antonelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTONELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMONIX MUSIC SYSTEMS, INC., VIACOM INC., and ELECTRONIC ARTS INC.,<br><br>Defendants. | Case No. CV 08 1445 MEJ<br><br>[Case assigned to Hon. Maria-Elena James]<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed:   March 13, 2008 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852089.1          STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1  WHEREAS Plaintiff Michael Antonelli ("Plaintiff") filed a Complaint against Harmonix Music Systems, Inc., Viacom Inc. and Electronic Arts Inc. (collectively, "Defendants") on March 13, 2008.

2  WHEREAS defendant Viacom Inc., the first of the Defendants to be served, was served with the Complaint on March 31, 2008.  Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, Viacom Inc.'s response is due on April 21, 2008.   Electronics Arts Inc. was served with the Complaint on April 1, 2008 and its response is due on April 21, 2008.  Harmonix Music Systems, Inc. was served on April 3, and its response is due on April 23, 2008.

3  WHEREAS counsel for the above-referenced parties agree that the time for Defendants to file a motion, answer, or otherwise respond to the Complaint shall be extended through close of business on May 1, 2008.

4  WHEREAS the extension will allow for a uniform response date to the Complaint, which the parties believe will serve the interests of judicial efficiency and conservation of resources.

5  IT IS HEREBY STIPULATED between the parties to this action, by and through their undersigned attorney, that:

1.  The time for Defendants to file their response to the Complaint is extended through close of business on May 1, 2008.  Following execution of this Stipulation, counsel for Defendants shall promptly file it with the Court.

2.  Nothing herein amounts to or shall be construed as a waiver by any Defendant of any right to move to dismiss the Complaint filed in this action on any applicable grounds, including without limitation, for lack of personal jurisdiction.

Dated:  April 14, 2008                         IRELL & MANELLA LLP
                                               Richard B. Kendall
                                               Richard M. Simon


                                               By:    /s/ Richard B. Kendall
                                                   Richard B. Kendall*
                                                   Attorneys for Defendants
                                                   Harmonix Music Systems, Inc., Viacom Inc.
                                                   & Electronic Arts Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852089.1

- 2 -

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: April 14, 2008

RUKIN HYLAND DORIA & TINDALL LLP
Steven M. Tindall
Zachary R. Cincotta

By:   /s/ Steven M. Tindall
    Steven M. Tindall
    Attorneys for Plaintiff
    Michael Antonelli

\* I, Richard B. Kendall, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order]. In compliance with General Order 45.X.B, I hereby attest that Steven M. Tindall has concurred with this filing.

### [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for each defendant to move, answer, or otherwise respond to the Complaint in this Action, Case No. CV 08-1445 MEJ, is extended through May 1, 2008.

Dated: April 17, 2008

_____
Hon. Maria-Elena James
Magistrate Judge, United States District Court

*IT IS SO ORDERED — Judge Maria-Elena James*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1852089.1

- 3 -

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT