IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTONELLI, individually and on
behalf of all others similarly situated,

        Plaintiff(s),

    vs.

HARMONIX MUSIC SYSTEMS, INC.,
VIACOM INC., and ELECTRONIC ARTS INC.,

        Defendant(s).
_____/

No. CV 081445  MEJ

**CONSENT TO ASSIGNMENT OR
REQUEST FOR REASSIGNMENT**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in this

case, including trial, and order the entry of final judgment, and voluntarily waives the right to

proceed before a United States District Judge.

Dated:_____

Signed by: _____

Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

                                    IRELL & MANELLA LLP

Dated: _April 17, 2008_

Signed by: _____
                 Richard B. Kendall

Counsel for: _Defendants_
                 Harmonix Music Systems, Inc.
                 Viacom Inc., and
                 Electronic Arts Inc.

United States District Court
For the Northern District of California