# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTONELLI, )
                                                  )    CASE NO. C-08-1445 MEJ
         Plaintiff(s) )
   v.                                     )     **NOTICE OF IMPENDING**
                                                  )    **REASSIGNMENT TO A**
HARMONIX MUSIC SYSTEMS, INC., )    **UNITED STATES**
                                                  )    **DISTRICT COURT JUDGE**
                                                  )
         Defendant(s) )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: April 23, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk