1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MICHAEL ANTONELLI, individually and on behalf of all others similarly situated, | Case No. CV 08 1445 SC |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE |
| vs. | |
| HARMONIX MUSIC SYSTEMS, INC., VIACOM INC., and ELECTRONIC ARTS, INC., | Date:    June 13, 2008<br>Time:    10:00 a.m.<br>Ctrm:   1 (17th Floor)<br>Judge:  Honorable Samuel Conti |
| Defendants. | Complaint Filed:   March 13, 2008 |

1   The Motion To Dismiss Complaint And Motion To Strike filed by Defendants Harmonix

2   Music Systems, Inc., Viacom Inc. and Electronic Arts Inc. came on for hearing before the Court

3   on June 13, 2008.  After consider the papers submitted in support of and in opposition to the

4   motion, arguments of counsel, and all other matters presented to the Court,

5        IT IS HEREBY ORDERED AS FOLLOWS:

6        Defendants' Motion is GRANTED:

7        • The First Cause of Action of Plaintiff Michael Antonelli's Class Action Complaint

8          ("Complaint") against the Defendants, for violations of the Unfair Competition Law,

9          Cal. Bus. & Prof. Code §§ 17200 *et seq.*, is DISMISSED WITHOUT LEAVE TO

10         AMEND.

11       • The Second Cause of Action of the Complaint , for violations of the Consumer Legal

12         Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*, is DISMISSED WITHOUT LEAVE

13         TO AMEND.

14       • The Third Cause of Action of the Complaint, for violations of the False Advertising

15         Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*, is DISMISSED WITHOUT LEAVE

16         TO AMEND.

17       • The Fourth Cause of Action of the Complaint, for unjust enrichment, is DISMISSED

18         WITHOUT LEAVE TO AMEND.

19       • The portion of the "Prayer For Relief" of the Complaint with the following language,

20         "awarding them damages, including actual, compensatory, and punitive damages, as

21         appropriate" (Page 17, Line 18), is STRICKEN.

22       //

23       //

24       //

25       //

26       //

27       //

28       //

- • The portion of paragraph 25 of the Complaint with the following language, "The proposed Plaintiff Class consists of all persons and entities in the United States who purchased or received as a gift the PlayStation 3 ® version of *Rock Band* from Defendants" (Page 13, Lines 14-16), is STRICKEN.

IT IS SO ORDERED.

Dated: _____    _____

Honorable Samuel Conti
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Richard B. Kendall (90072)
Richard M. Simon (240530)

By:    /s/  Richard B. Kendall
Attorneys for Defendants
Harmonix Music Systems, Inc.
Viacom Inc. and Electronic Arts Inc.