**United States District Court**
For the Northern District of California

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  MICHAEL ANTONELLI,

4      Plaintiff(s),                                        No. C-08-1445-SC

5  v.

6                                                          Clerk's Notice

7  HARMONIX MUSIC SYSTEMS, et al.,

8      Defendant(s).
   _____/

9

10

11 YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference**

12 scheduled for **June 13, 2008** before the Honorable Samuel Conti. The conference has been reset for **July 11, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement

13 seven days prior to the conference.

14

15 Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

16

17 Dated: May 6, 2008                                                 FOR THE COURT,

18                                                               Richard W. Wieking, Clerk

19

20                                                               By:   T. De Martini
                                                                         Courtroom Deputy Clerk

21

22

23

24

25

26

27

28