STEVEN M. TINDALL (State Bar No. 187862)
ZACHARY R. CINCOTTA (State Bar No. 226947)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Email: steventindall@rhdtlaw.com

MICHAEL J. FLANNERY (State Bar No. 196266)
Carey & Danis, LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905
e-mail: mflannery@careydanis.com

Attorneys for Individual and Representative Plaintiff Michael Antonelli

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTONELLI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HARMONIX MUSIC SYSTEMS, INC., VIACOM, INC. and ELECTRONIC ARTS, INC., <br><br> Defendants. | Case No. CV 08 1445 SC <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION (FED. R. 41(a)) <br><br> Courtroom: 1 <br> Judge: Hon. Samuel Conti |

///
///
///
///
///

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Michael Antonelli hereby voluntarily dismisses the above-captioned action without prejudice. None of the Defendants in the action has served either an answer or a motion for summary judgment in the action.

Dated: June 6, 2008

_____
Steven M. Tindall
RUKIN HYLAND DORIA
  & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: 415-421-1800
Facsimile: 415-421-1700

Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff*