1  STEVEN M. TINDALL (State Bar No. 187862)
   ZACHARY R. CINCOTTA (State Bar No. 226947)
2  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
   Telephone: (415) 421-1800
4  Facsimile: (415) 421-1700
   Email: steventindall@rhdtlaw.com
5
   MICHAEL J. FLANNERY (State Bar No. 196266)
6  Carey & Danis, LLC
   8235 Forsyth Boulevard
7  Suite 1100
   St. Louis, MO 63105
8  Telephone: (314) 725-7700
   Facsimile: (314) 721-0905
9  e-mail: mflannery@careydanis.com

10 Attorneys for Individual and Representative Plaintiff Michael Antonelli
11

12
                UNITED STATES DISTRICT COURT FOR THE
13                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
14

15 MICHAEL ANTONELLI, individually          )
   and on behalf of all others similarly situated, )   Case No. CV 08 1445 SC
16                                          )
          Plaintiff,                        )   PLAINTIFF'S NOTICE OF
17                                          )   VOLUNTARY DISMISSAL
   v.                                       )   OF ACTION (FED. R. 41(a))
18                                          )
   HARMONIX MUSIC SYSTEMS, INC.,            )
19 VIACOM, INC. and                         )
   ELECTRONIC ARTS, INC.,                   )
20                                          )   Courtroom: 1
          Defendants.                       )   Judge: Hon. Samuel Conti
21                                          )

22

23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure, Plaintiff Michael Antonelli hereby voluntarily dismisses the above-captioned action
3  without prejudice. None of the Defendants in the action has served either an answer or a motion
4  for summary judgment in the action.

Dated: June 6, 2008

Steven M. Tindall
RUKIN HYLAND DORIA
 & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: 415-421-1800
Facsimile: 415-421-1700

Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

***Attorneys for Plaintiff***



IT IS SO ORDERED

Judge Samuel Conti

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION